# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE ) | |
| FRANK McNUTT ) | Bankruptcy No. 07-07081 |
| Debtor. ) | |
| ) | |
| PARK NATIONAL BANK ) | |
| Plaintiff, ) | |
| ) | Adversary No. 07-00647 |
| v. ) | |
| ) | |
| FRANK McNUTT ) | |
| Defendant. ) | |

## FINAL JUDGMENT ORDER

This Court having conducted a trial on the allegations in Counts I and II of this Adversary Complaint by Park National Bank ("Plaintiff") against Frank McNutt ("Defendant"), and having made and entered Findings of Fact and Conclusions of Law, now therefore pursuant thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED as follows:

1. On Count I of the Complaint, judgment is hereby entered in favor of Plaintiff and against Defendant declaring that Defendant's discharge in bankruptcy is denied under 11 U.S.C. § 727(a)(2)(B).

2. On Count II of the Complaint, judgment is hereby entered in favor of Plaintiff and against Defendant declaring that Defendant's discharge in bankruptcy is denied under 11 U.S.C. §§ 727(a)(3) and 727(a)(5).

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated and entered this _____ day of April 2008.

## CERTIFICATE OF SERVICE

I, Dorothy Clay certify that on April 22, 2008, I caused to be mailed by United States first class mail copies of the foregoing Order to the following:

Michael J. Goldstein, Esq.
Michael J. Goldstein & Associates, Ltd.
318 West Adams Street
Suite 1700
Chicago, IL 60606
Counsel for Plaintiff

Frank McNutt
4800 South Chicago Beach Drive
Unit 812N
Chicago, IL 60615
Defendant Pro Se

*Dorothy Clay*
Secretary/Deputy Clerk