UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| FRANK McNUTT . | ) | CASE NO. 07 B 07081 |
| DEBTOR | ) | |
| | ) | HON. JACK B. SCHMETTERER |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, Illinois 60604

    On: **November 20, 2008**               Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
    Receipts                          $ 197,563.91

    Disbursements                     $  16,481.88

    Net Cash Available for Distribution   $ 181,082.03

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $ None | $13,128.20 | $ 243.88 |
| Allan J. DeMars, attorney | $ None | $23,360.00 | |
| David Liebowitz/ Liebowitz Law Center special counsel | $ None | $17,672..50 | $ 437.60 |
| Lois West/Popowcer Katten Ltd., accts. | $ None | $ 2,504.50 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling
$1,292,337.88 must be paid in full for there to be any dividend to general unsecured creditors.
The priority dividend is anticipated to be 100% to section 507(a)(5) claims and 9.2137% to priority tax claims.

Allowed priority claims are:   507(a)(5) Employee benefit claims   $     5,136.45
                               507(a)(8) tax claims                $ 1,287,201.43

7. Claims of general unsecured creditors totaling $1,598,718.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. There is no anticipated dividend to general unsecured creditors.

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The debtor's discharge has been denied..

Dated: **October 9, 2008**                    For the Court,

                                By:    **KENNETH S. GARDNER**
                                       Kenneth S. Gardner
                                       Clerk of the U.S. Bankruptcy Court
                                       219 So. Dearborn Street; 7th Floor
                                       Chicago, IL 60604

Trustee:    Allan J. DeMars
Address:    100 W. Monroe - Suite 910
            Chicago, IL 60603
Phone No.: (312) 726-3377