UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| FRANK McNUTT . | ) | CASE NO. 07 B 07081 |
| DEBTOR | ) | |
| | ) | HON. JACK B. SCHMETTERER |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, Illinois 60604

   On: **November 20, 2008**       Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                              $ 197,563.91

   Disbursements                         $  16,481.88

   Net Cash Available for Distribution   $ 181,082.03

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $ None | $13,128.20 | $ 243.88 |
| Allan J. DeMars, attorney | $ None | $23,360.00 | |
| David Liebowitz/ Liebowitz Law Center special counsel | $ None | $17,672..50 | $ 437.60 |
| Lois West/Popowcer Katten Ltd., accts. | $ None | $ 2,504.50 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling
$1,292,337.88 must be paid in full for there to be any dividend to general unsecured creditors.
The priority dividend is anticipated to be 100% to section 507(a)(5) claims and 9.2137% to priority tax claims.

Allowed priority claims are:   507(a)(5) Employee benefit claims   $     5,136.45
                               507(a)(8) tax claims                 $ 1,287,201.43

7. Claims of general unsecured creditors totaling $1,598,718.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. There is no anticipated dividend to general unsecured creditors.

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The debtor's discharge has been denied..

Dated: **October 9, 2008**      For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: Allan J. DeMars
Address: 100 W. Monroe - Suite 910
Chicago, IL 60603
Phone No.: (312) 726-3377

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2            Date Rcvd: Oct 09, 2008
Case: 07-07081                Form ID: pdf002             Total Served: 73

The following entities were served by first class mail on Oct 11, 2008.
db          +Frank McNutt,    4800 S. Chicago Beach Drive,    #812N,    Chicago, IL 60615-2076
aty         +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
tr          +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
11313675     AT&T,    PO Box 8100,    Aurora, IL 60507-8100
11313677     AT&T Universal Card,    PO Box 688908,    Des Moines, IA 50368-8908
11348752    +Advanced Supply Company,    8901 W 192nd Stg Suite D,    Mokena, IL 60448-8108
11434883     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11567443    +American International Companies,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
              Timonium, Maryland 21094-5126,    Telephone Number: (410) 773-4085
11348753    +Angie M Cowan,    Allison Slutsky & Kennedy PC,    230 West Monroe St, Suite 2600,
              Chicago,IL 60606-4969
11313678    +Bracing Systems,    PO Box 517,    Bloomingdale, IL 60108-0517
11313679     Capital One Master Card,    PO Box 60024,    City Of Industry, CA 91716-0024
11313680    +Capital One-Visa,    PO Box 26034,    Richmond, VA 23260-6034
11457074    +Chase Bank,    P.O. Box 15145,    Wilmington, DE 19850-5145
11416266     Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA, 981243978
11313682     Chase Platinum-Visa,    132 Chase Bankcard Svcs,    PO Box 52050,    Phillit, AZ 85072-2050
11313683    +Citi,    1134 Citicard,    PO Box 6000,    The Lakes, NV 89163-0001
11313684     Commonwealth Eddison,    Bill Payment Center,    Chicago, IL 60608-0001
11313685     Cook County Treasurer,    PO Box 4488,    Carol Stream, IL 60197-4488
11313686    +Crumb-Colton,    208 Peoples Ave.,    Rockford, IL 61104-7033
11313687    +Custom Stone Works, Inc.,    185 W. Stephanie Drive,    PO Box 31,    Cortland, IL 60112-0031
11313688    +Daniel D. Accetturo,    Power Rogers & Smith PC,    70 W. Madison #5500,    Chicago, IL 60602-4544
11405871    +Department of Employment Security,    33 S State Street,    Chicago,IL 60603-2802
11313692     Draper and Kramer,    Newport Condominiums,    8020 Innovation Way,    Chicago, IL 60682-0080
11313693     Home Depot Credit Services,    PO Box 6029,    The Lakes, NV 88901-6029
11313694    +Hutter Trankina Engineering,    c/o Hinshaw Culbertson,    222 N. LaSalle, Suite 300,
              Chicago, IL 60601-1013
11313696    +IE Consultants Inc.,    c/o Alder Murphy McQuillen,    1 N.S. LaSalle, #2300,
              Chicago, IL 60602-3913
11313700    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: IRS Dept. of Treasury,    Mail Stop 5010 CHI,    230 S. Dearborn Street,
              Chicago, IL 60604)
11313695     Ice Mountain,    #215 661 Dixie Hwy,    Suite 4,    Louisville, KY 40258
11313697    +Illinois Director of Unemployment,    P.O. Box 19300,    Springfield, IL 62794-9300
11313698    +Imaging Supply,    16209 Victory Blvd.,    Lake Balboa, CA 91406-5821
11313699    +International Union of Operating,    Engineers,    6200 Joliet Road,    Countryside, IL 60525-3957
11572048    +International Union of Operating Engineers L 150,    6140 Joliet Road,    Countryside IL 60525-3956
11313701    +J&R Sales and Services Inc.,    19846 S. Wolf Road,    Mokena, IL 60448-1316
11313702    +Laborers Pension and Welfare Funds,    11465 Cermak Road,    Westchester, IL 60154-5771
11313703     Lance Construction Supplies,    4225 W. Ogden,    Chicago, IL 60623-2977
11313704    +Loewenberg & Associates,    Power Rogers & Smith PC,    70 W. Madison, #5500,
              Chicago, IL 60602-4544
11313705    +Loweenberg Architects,    Power Rogers & Smith PC,    70 W. Madison, #5500,
              Chicago, IL 60602-4544
11313706    +Mars Inc Benefit Center,    7201 Hewitt Associates Drive,    Charlotte, NC 28262-4001
11313707     Masonry Institute and Bricklayers,    Local 21 Pension Fund,    2340 S. River Rd., Suite 303,
              Des Plaines, IL 60018-3224
11313708    +Meno Stone,    10800 Rt 83,    Lemont, IL 60439-4700
11313709    +Michael J. Goldstein & Associates,    318 W. Adams, #1700,    Chicago, IL 60606-5100
11313710     Midwest Opert Engineers Benf. Funds,    c/o Cecilia M. Scanlon,    200 W. Adams St., Suite 2200,
              Chicago, IL 60606-5231
11313712    +Mobile Mini,    7420 S. Syrene Road,    Suite 101,    Tempe, AZ 85283-4678
11313714    +NES Rentals,    8770 W. Brynmawr,    Suite 400,    Chicago, IL 60631-3515
11313713    +National Pen,    16885 Via Del Campo Ct.,    Suite 100,    San Diego, CA 92127-1700
11313715     Nextel,    PO Box 541023,    Los Angeles, CA 90054-1023
11313716    +O'Leary,    4554 W. North Ave.,    Chicago, IL 60639-4725
11313717     Office Depot,    Credit Services,    PO Box 6029,    The Lakes, NV 88901-6029
11313718     Optima-American Express,    Box 0001,    Los Angeles, CA 90096-0001
11313719     Packaged Concrete,    1A950 S. Lorang Road,    Elburn, IL 60119
11429607    +Park National Bank,    11 West Madison Street,    Oak Park, Illinois 60302-4203
11313720    +Park National Bank,    10 Madison,    Oak Park, IL 60302-4212
11313721    +Peoples Energy,    130 E. Randolph,    Chicago, IL 60601-6302
11313722    +Petroliance,    739 N. State St.,    Elgin, IL 60123-2144
11313723    +Pitney Bowes Purchase Power,    PO Box 856042,    Louisville, KY 40285-6042
11313724    +Portable John,    1414 Canal St.,    Lockport, IL 60441-2896
11313725    +Pro Fastening,    44 E. University Drive,    Arlington Heights, IL 60004-1802
11313727     RMCB,    PO Box 1238,    Elmsford, NY 10523-0938
11313728    +Rodney Brown,    1927 W. 170th St.,    Hazel Crest, IL 60429-1361
11313729    +South Park Plaza LP,    Cremer Kopon Shaughnessy,    180 N. LaSalle, #3300,
              Chicago, IL 60601-2808
11313730    +Synergetic Solutions,    308 15th Ave., Suite 130,    Forest Lake, MN 55025-1380
11313731    +TMC,    PO Box 1745,    Aurora, IL 60507-1745
11491772    +U.S Department of Labor-Osha,    1600 167th Street suite 12,    Calumet City, Illinois 60409-5445
11313732     United Mileage Plus-Visa,    PO Box 94014,    Palatine, IL 60094-4014
11313733     Visa Classic,    Citi Cards,    PO Box 688905,    Des Moines, IA
11313734    +Walsh Construction Company,    c/o Cremer Kopon Shaughnessy Spina,    180 North LaSalle, Suite 3300,
              Chicago, IL 60601-2808
11313735    +Wentworth Tire,    11130 S. Corliss,    Chicago, IL 60628-4695
11313736    +Woodlawn Community Development,    Cremer Kopon Shaughnessy,    180 N. LaSalle, #3300,
              Chicago, IL 60601-2808
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Oct 09, 2008
Case: 07-07081                Form ID: pdf002          Total Served: 73
```

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Oct 10, 2008.
```
11313681       Fax: 602-221-4614 Oct 10 2008 03:29:36     Chase Auto Finance,   PO Box 9001083,
               Louisville, KY 40290-1083
11313690       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 10 2008 04:45:31     Discover,   Discover Platinum,
               PO Box 30395,   Salt Lake City, UT 84130
11313691       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 10 2008 04:45:31     Discover,
               Discover Platinum-Visa,   PO Box 30395,   Salt Lake City, UT 84130
11397677       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 10 2008 04:45:31
               Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
12093026       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                            TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Chicago Liquidators Services Inc
11313689       Dell
11313711       Miles One,   Business Platinum
11313726       Providian
11313676*      +AT&T,   PO Box 8100,   Aurora, IL 60507-8100
                                                                                            TOTALS: 4, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 11, 2008**           **Signature:**    *Joseph Speetjens*