UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FRANK McNUTT | ) | Hon. JACK B. SCHMETTERER |
| | ) | |
| | ) | Case No.  07 B 7081 |
| | ) | |

**Trustee's Final Account**
**and**
**Application to Close Case and Discharge Trustee**

To:   The Honorable JACK B. SCHMETTERER
      United States Bankruptcy Judge

     Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

     All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B.  Form 2 also reflects a net total balance of zero for this estate.

     The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated: 1/16/09                                         /s/ Allan J. DeMars
                                                              Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                          )
                                ) Case No. 07 B 07081
FRANK McNUTT                    ) Hon. JACK B. SCHMETTERER
                                ) Chapter 7
         Debtor                 )

<u>ORDER AWARDING COMPENSATION AND EXPENSES</u>

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation<br>Allan J. DeMars | $ 13,128.20 |
| 2. | Trustee's expenses<br>Allan J. DeMars | $    243.88 |
| | TOTAL | $ 13,372.08 |

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                        $ 23,360.00
      Allan J. DeMars
2. Special counsel to trustee
   David Liebowitz/Liebowitz Law Center
   a. Compensation                        $ 17,672.50
   b. Expenses                            $    437.60
3. Accountant for the Trustee
   Lois West/Popowcer Katten, Ltd.
   a. Compensation                        $  2,504.50

                               Total      $ 43,974.60

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy C**ENTERED**

DATED this 20th day of November, 2008

NOV 2 0 2008

JACK B. SCHMETTERER BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

Enter: _____

                              Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                          )
                                ) Case No. 07 B 07081
FRANK McNUTT                    ) Hon. JACK B. SCHMETTERER
                                ) Chapter 7
            Debtor              )

### DISTRIBUTION REPORT

   I, Allan J. DeMars, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---|
| Fees and Expenses | Trustee: $13,372.08 | |
| | Attorney: $23,360.00 | |
| | Sp. counsel $18,110.10 | |
| | Accts:    $ 2,504.50 | $  57,346.68 |
| Chapter 7 Administrative Expenses: | | $ |
| Chapter 11 Administrative Expenses: | | $ |
| Priority Claims (507(a)(3)-(a)(7)): | | $   5,136.45 |
| Secured Tax Liens: | | $ |
| Priority Tax Claims: | | $ 118,770.86 |
| General Unsecured Claims: | | $ |
| TOTAL AMOUNT TO BE DISTRIBUTED: | | $ 181,253.99 |

REPORT OF DISTRIBUTION

| 1.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $57,346.68 | 100% |

| CLAIM NUMBER | | CREDITOR | ALLOWED CLAIM | DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | | trustee's fees | $13,128.20 | $13,128.20 |
| | | expenses | 243.88 | 243.88 |
| | | attorney's fees | 23,360.00 | 23,360.00 |
| Leibowitz Law Center | | atty's fees | 17,672.50 | 17,672.50 |
| | | expenses | 437.60 | 437.60 |
| Lois West/ Popowcer Katten | | accountant's fees | 2,504.50 | 2,504.50 |
| | | | $57,346.68 | $57,346.68 |

REPORT OF DISTRIBUTION - CONT'D                    PAGE 2 of 6

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) (Domestic Support Obligations) | $ | |
| CLAIM NUMBER   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |
| CLAIM NUMBER   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Wages, salaries or commissions limited to $10,950.00 | $ | |
| CLAIM NUMBER   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT DIVIDEND |

REPORT OF DISTRIBUTION - CON'T                    PAGE 3 of 6

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Contributions to Employee Benefit Plans | $5,136.45 | 100% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 20 | Midwest Operating Engineers Fringe Benefit Funds | $4,208.93 | $ 4,208.93 |
| 21 | International Union of Operating Engineers | 927.52 | 927.52 |
|  |  | $5,136.45 | $ 5,136.45 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Farmers' and Fishermans' claims to the extent of $5,400. | $ |  |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Deposits by consumers to the extent of $2,425.00 | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                    PAGE 4 of 6

| 9.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $1,287,201.43 | 9.22706% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 4 | Illinois Dept. of Empl. Security | $    13,957.12 | $    1,287.84 |
| 18 | Internal Revenue Service | 1,273,244.31 | 117,483.02 |
| | | $1,287,201.43 | $ 118,770.86 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

REPORT OF DISTRIBUTION-CON'T                              Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $1,598,718.16 | 0% |
| CLAIM NUMBER    CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

NO UNSECURED CLAIMS WILL BE PAID

CLAIM #'s 1-3, 5-21 and 23, totaling $1,598,718.16 will receive no dividend on their claims.

| CLAIM NUMBER    CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $ | |
| CLAIM NUMBER    CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ | % |
| CLAIM NUMBER    CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

REPORT OF DISTRIBUTION-CON'T                      Page 6 of 6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM# | CREDITOR | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN |
|---|---|---|---|---|

Claim #22, filed by the Laborers' Pension Fund and the Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity was withdrawn.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: November 20, 2008              /s/ Allan J. DeMars
                                           Trustee

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 07-7081  
Case Name: FRANK McNUTT  
Taxpayer ID#: 39-6794564  
For Period Ending: 12/31/08  

Trustee's Name: Allan J. DeMars  
Bank Name: LaSalle Bank  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable): _____  
Money Market #: 8604063597  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 8/3/07 | Ref 26 | Chicago Liquidators Services, Inc. | gross proceeds of auction of 2003 Chevy Avalanche | 1129-000 | 16,100.00 | | 16,100.00 |
| 8/7/07 | Check 996 | Chicago Liquidators Services, Inc. | auctioneer's commission | 3630-000 | | 1,610.00 | 14,490.00 |
| 8/7/07 | Check 997 | Chase Auto Finance | payment of lien on Chevy Avalanche | 4210-000 | | 6,005.79 | 8,484.21 |
| 8/14/07 | Ref 5 | Arthur McNutt and Gladys Williams | purchase of Winona, Mississippi real estate; 2 cashier's checks each for $17,500 | 1210-000 | 35,000.00 | | 43,484.21 |
| 8/15/07 | Check 1001 | Thompson Realty & Appraisal | cost of changing locks on Winona, Mississippi real estate | 2420-000 | | 75.00 | 43,009.21 |
| 8/31/07 | Ref 30 | LaSalle Bank | interest on invested funds | 1270-000 | 50.50 | | 43,459.71 |
| 9/30/07 | Ref 30 | LaSalle Bank | interest on invested funds | 1270-000 | 77.87 | | 43,537.58 |
| 10/3/07 | Ref 28 | Rodney Brown | preference settlement | 1241-000 | 18,333.00 | | 61,870.58 |
| 10/31/07 | Ref 30 | LaSalle Bank | interest on invested funds | 1270-000 | 148.29 | | 62,018.87 |
| 11/21/07 | Ref 4 | Charlotte Harris/Prairie Title | purchase of ½ interest in 5427 W. Gladys | 1110-000 | 67,000.00 | | 129,018.87 |
| 11/30/07 | Ref 30 | LaSalle Bank | interest on invested funds | 1270-000 | 191.64 | | 129,210.51 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 12/31/07 | Ref 30 | LaSalle Bank | interest on invested funds | 1270-000 | 306.74 | | 129,517.25 |
| BALANCE CARRIED FORWARD | | | | | | | 129,517.25 |
| 1/31/08 | Ref 30 | LaSalle Bank | interest on invested funds | 1270-000 | 260.63 | | 129,777.88 |
| 2/8/08 | Check 1002 | International Sureties, Ltd. | bond premium | 2300-000 | | 150.09 | 129,627.79 |
| 2/8/08 | Check 1003 | United States Treasury | 2007 form 1041 taxes | 2810-000 | | 6,298.00 | 123,329.79 |
| 2/8/08 | Check 1004 | Illinois Department of Revenue | 2007 form IL-1041 taxes | 2820-000 | | 2,263.00 | 121,066.79 |
| 2/29/08 | Ref 29 | First American Title Insurance | settlement proceeds re complaint against Rodney Brown to avoid mortgage | 1241-000 | 57,500.00 | | 178,566.79 |
| 2/29/08 | Ref 30 | LaSalle Bank | interest on invested funds | 1270-000 | 138.15 | | 178,704.94 |
| 3/6/08 | Check 1005 | L & L Reporting Service | court reporter fee, McNutt deposition | 2990-000 | | 80.00 | 178,624.94 |
| 3/31/08 | Ref 30 | LaSalle Bank | interest on invested funds | 1270-000 | 170.17 | | 178,795.11 |
| 4/30/08 | Ref 30 | LaSalle Bank | interest on invested funds | 1270-000 | 145.33 | | 178,940.44 |
| 5/27/08 | Ref 28 | Defrees & Fiske clients account for Rodney Brown | preference reimbursement | 1241-000 | 1,500.00 | | 180,440.44 |
| 5/31/08 | Ref 30 | LaSalle Bank | interest on invested funds | 1270-000 | 113.79 | | 180,554.23 |
| 6/30/08 | Ref 30 | LaSalle Bank | interest on invested funds | 1270-000 | 111.00 | | 180,665.23 |
| 7/11/08 | Ref 31 | State of Illinois | tax refund | 1224-000 | 187.00 | | 180,852.23 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 7/31/08 | Ref 30 | LaSalle Bank | interest on invested funds | 1270-000 | 114.84 | | 180,967.07 |
| 8/31/08 | Ref 30 | LaSalle Bank | interest on invested funds | 1270-000 | 114.96 | | 181,082.03 |
| 9/30/08 | Ref 30 | LaSalle Bank | interest on invested funds | 1270-000 | 110.08 | | 181,192.11 |
| 10/31/08 | Ref 30 | Bank of America | interest on invested funds | 1270-000 | 55.94 | | 181,248.05 |
| 11/13/08 | Ref 30 | Bank of America | interest on invested funds | 1270-000 | 5.94 | | 181,253.99 |
| 11/21/08 | Check 1006 | Allan J. DeMars | trustee's fees | 2100-000 | | 13,128.20 | 168,125.79 |
| 11/21/08 | Check 1007 | Allan J. DeMars | trustee's expenses | 2200-000 | | 243.88 | 167,881.91 |
| 11/21/08 | Check 1008 | Allan J. DeMars | attorney's fees | 3110-000 | | 23,360.00 | 144,521.91 |
| 11/21/08 | Check 1009 | David Leibowitz/ Leibowitz Law Center | special counsel's fees | 3210-600 | | 17,672.50 | 126,849.41 |
| 11/21/08 | Check 1010 | David Leibowitz/ Leibowitz Law Center | special counsel's expenses | 3220-610 | | 437.60 | 126,411.81 |
| 11/21/08 | Check 1011 | Lois West/ Popowcer Katten Ltd. | accountant's fees | 3410-000 | | 2,504.50 | 123,907.31 |
| 11/21/08 | Check 1012 | Midwest Operating Engineers Fringe Benefit Funds | 507(a)(5) claim - 100% | 5400-000 | | 4,208.93 | 119,698.38 |
| 11/21/08 | Check 1013 | International Union of Operating Engineers | 507(a)(5) claim - 100% | 5400-000 | | 927.52 | 118,770.86 |
| 11/21/08 | Check 1014 | Illinois Dept. of Employment Security | 507(a)(8) claim - 9.22706% | 5800-000 | | 1,287.84 | 117,483.02 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 11/21/08 | Check 1015 | Internal Revenue Service | 507(a)(8) claim - 9.22706% | 5800-000 | | 117,483.02 | 0.00 |
| | | | | COLUMN TOTALS | 197,735.87 | 197,735.87 | 0.00 |
| | | | | Less: Bank transfers/CD Subtotal | | | |
| | | | | Less: Payments to debtor(s) Net | 197,735.87 | 197,735.87 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# | | | |
| Money Market # 8604063597 | 197,735.87 | 197,735.87 | 0.00 |
| Savings # | | | |
| CD #CDI | | | |
| Net | 197,735.87 | 197,735.87 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |